# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKHAIL LEBEDEV,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>    Respondents. | Case No. 1:25-cv-01391-SAB-HC<br><br>ORDER DIRECTING CLERK OF COURT TO ASSIGN DISTRICT JUDGE<br><br>ORDER DIRECTING CLERK OF COURT TO FILE IN THE INSTANT CASE THE MOTION FOR TEMPORARY RESTRAINING ORDER SUBMITTED IN CASE No. 1:25-cv-1414 |

Petitioner is a federal immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On December 5, 2025, Petitioner filed a motion for temporary restraining order in his other pending habeas proceeding. See Motion, Lebedev v. Warden, No. 1:25-cv-1414-JLT-SKO, ECF No. 11. The assigned district judge in that matter issued a minute order, stating:

> The Court has received the motion for temporary restraining order (Doc. 11). However, it has been recommended that this matter be dismissed because Petitioner previously filed an identical petition on October 17, 2025, in Lebedev v. Warden of the Golden State Annex, et al., Case No. 1:25-cv-01391-SAB (HC). Because this case (25-1414) duplicates the earlier filed one, the Court ORDERS the motion for TRO (Doc. 11) to be filed in case number 1:25-cv-1391-SAB (HC).

Minute Order, Lebedev, No. 1:25-cv-1414-JLT-SKO, ECF No. 12.

///

///

Accordingly, the Court HEREBY DIRECTS the Clerk of Court to:

1. File in the instant case the motion for temporary restraining order submitted in <u>Lebedev v. Warden</u>, No. 1:25-cv-1414-JLT-SKO; and
2. Randomly assign this action to a District Judge.

IT IS SO ORDERED.

Dated:   **December 5, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2