IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKHAIL LEBEDEV,<br><br>　　Petitioner,<br><br>　vs.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>　　Respondents. | Case № 1:25-cv-01391-KES-SAB<br><br>**O R D E R**<br>**WITHDRAWING FEDERAL DEFENDER, APPOINTING COUNSEL AS CJA *PRO HAC VICE*, AND EXTENDING CONFERRING/FILING BRIEFING SCHEDULE** |

　　Upon the Federal Defender's *Motion*, after this Court appointed the Defender as counsel for Petitioner MIKHAIL LEBEDEV on December 7, 2025, given that he qualified for appointment of court-appointed counsel, and good cause appearing, and considering Local Rule 180(b)(2), General Order 671 *CJA Plan* § XV.C.1.g (CJA appointments and *pro hac vice* appearance adapted to for a 28 U.S.C. § 2241 detained person in ICE custody case when the Federal Defender and district CJA counsel are unavailable), and the *Guide to Judiciary Policy*, Vol. 7A concerning CJA appointed counsel,

　　IT IS HEREBY ORDERED:

　　1. The motion to withdraw as counsel by the Federal Defender is granted.

2. Pursuant to 18 U.S.C. §§ 3005 and 3006A and this District's CJA Plan, General Order 671, § XV.C.1.g as applied here, the Court appoints as *pro hac vice* CJA counsel Cara Jobson to represent Petitioner MIKHAIL LEBEDEV, effective December 10, 2025.

3. The deadline for new counsel to meet and confer with opposing counsel on their briefing schedule and to jointly file that schedule with the court is extended to two (2) weeks from the date of this Order.

IT IS SO ORDERED.

Dated:   December 10, 2025

UNITED STATES DISTRICT JUDGE