# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKHAIL LEBEDEV,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>    Respondents. | Case No. 1:25-cv-01391-SAB-HC<br><br>ORDER VACATING OCTOBER 20, 2025 BRIEFING SCHEDULE<br><br>(ECF No. 4) |

In light of the Court's order granting the Federal Defender's motion to withdraw as counsel, appointing pro hac vice CJA counsel, and extending the deadline for new counsel to meet and confer with opposing counsel on their briefing schedule and jointly file that schedule, (ECF No. 15), the Court HEREBY VACATES the briefing schedule issued on October 20, 2025 (ECF No. 4).

IT IS SO ORDERED.

Dated: __December 11, 2025__

STANLEY A. BOONE
United States Magistrate Judge