1 | ERIC GRANT
United States Attorney
2 | RACHEL DAVIDSON
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2731

5 | Attorneys for Respondents

6

7 | IN THE UNITED STATES DISTRICT COURT

8 | EASTERN DISTRICT OF CALIFORNIA

9 | MIKHAIL LEBEDEV,   CASE NO. 1:25-CV-01391-KES-SAB (HC)

10 | Petitioner,   **JOINT BRIEFING SCHEDULE RE PETITIONER'S HABEAS PETITION AND MOTION FOR TEMPORARY RESTRAINING ORDER**

11 | v.

12 | WARDEN OF THE GOLDEN STATE
ANNEX DETENTION FACILITY, et al.
13
14 | Respondents.

15

16 | Pursuant to the Court's December 10, 2025 Order (ECF No. 15), counsel for the parties submit

17 | the following briefing schedule regarding Petitioner's Habeas Petition and Motion for Temporary

18 | Restraining Order:

19 | **Petitioner will file any Amended Habeas Petition:** December 30, 2025

20 | **Respondents' Opposition to Petitioner's Habeas/Amended Habeas and TRO:** January 16,

21 | 2026

22 | **Petitioner's Reply**: January 23, 2026

23 | Dated: December 22, 2025   ERIC GRANT
United States Attorney
24
By: */s/ Rachel Davidson*
25 | RACHEL DAVIDSON
Assistant United States Attorney
26
*/s/ Cara Jobson (Auth 12/22/25)*
27 | CARA JOBSON
Counsel for Petitioner
28

1

**ORDER**

Pursuant to the parties' stipulation, the Court hereby orders the following briefing schedule regarding Petitioner's Habeas Petition and Motion for Temporary Restraining Order:

**Petitioner will file any Amended Habeas Petition:** December 30, 2025

**Respondents' Opposition to Petitioner's Habeas/Amended Habeas and TRO:** January 16, 2026

**Petitioner's Reply**: January 23, 2026

IT IS SO ORDERED.

Dated:    December 23, 2025

UNITED STATES DISTRICT JUDGE

2